

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP/JSC
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2015

By FedEx and ECF

Sean M. Maher, Esq.
The Woolworth Building
233 Broadway, Suite 801
New York, New York 10279

Thomas Dunn, Esq.
225 Broadway, Suite 1515
New York, New York 10007

> Re:  United States v. Noelle Velentzas and Asia Siddiqui
>      Criminal Docket No. 15-213 (SJ)

Dear Mr. Maher and Mr. Dunn:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, we enclose the following additional government discovery, which is being produced pursuant to the Stipulation and Order entered by the Court on July 29, 2015:

- Video recordings from a Home Depot store, depicting Asia Siddiqui and Noelle Velentzas, Bates numbered VS 000282 – VS 000292, and from a Walgreens store, depicting Velentzas, Bates numbered VS 000293 – VS 000294;

- A video and audio recording of conversations between Asia Siddiqui and an undercover officer on July 11, 2014, bearing Bates number VS 000295;

- Draft transcripts of audio recordings of conversations between and among Siddiqui, Velentzas, and the undercover officer, bearing Bates numbers VS 000296 – VS 009187, which are being produced subject to the terms of the Stipulation governing draft transcripts executed by the parties on September 28, 2015; and

- A hard drive, Bates stamped VS 009188, containing audio recordings of conversations between and among Siddiqui, Velentzas, and the undercover officer.

The hard drive is password protected, and the password will be emailed to you simultaneous with the filing of this letter. In some instances, the conversations between and among Siddiqui, Velentzas, and the undercover officer were recorded by multiple devices, in which case we have produced multiple recordings of the same conversation, as some portions are clearer on one recording than on another.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney

By:   /s/ Douglas M. Pravda
Douglas M. Pravda
Jennifer S. Carapiet
Alexander A. Solomon
Assistant U.S. Attorneys
(718) 254-7000

Enclosures, bearing Bates stamps VS 000282-009188

cc:   Clerk of the Court (SJ) (by ECF) (without enclosures)